Anna Reeves Olson, 6-3692
LONG REIMER WINEGAR LLP
242 South Park Street
Casper, WY 82601
Telephone: (307) 265-3843
aolson@lrw-law.com

Jason R. Schulze (*pro hac vice*)
Gar N. Lauerman (*pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin St.
Suite 2500
Chicago, IL 60606
Telephone: (312) 704-3000
jschulze@hinshawlaw.com
glauerman@hinshawlaw.com
*Counsel for Markel Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| MARKEL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-cv-181 |
| | ) | |
| TRINITY TEEN SOLUTIONS, INC., ANGELA C. | ) | |
| WOODWARD, JERRY D. WOODWARD, KARA | ) | |
| WOODWARD, KYLE WOODWARD, and | ) | |
| DALLY-UP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**MARKEL INSURANCE COMPANY'S MOTION TO DISMISS**
**AMENDED COUNTERCLAIMS OF DALLY-UP, LLC, ANGELA C. WOODWARD,**
**JERRY D. WOODWARD, KARA WOODWARD, AND KYLE WOODWARD**

Counter-Defendant Markel Insurance Company ("MIC"), by and through its counsel, move

this Court pursuant to Fed.R.Civ.P. 12(b)(6) for an Order dismissing the amended counterclaims

filed by Dally-Up, LLC, Angela C. Woodward, Jerry D. Woodward, Kara Woodward, and Kyle

Woodward. In support of its motion, MIC states as follows:

1.      MIC initiated this action for a declaratory judgment that it is not obligated to defend or indemnify defendants Trinity Teen Solutions, Inc. ("Trinity"), Dally-Up, LLC ("Dally-Up"), and Angela C. Woodward, Jerry D. Woodward, Kara Woodward, and Kyle Woodward (together, the "Woodwards," and together with Dally-Up, "Defendants") under commercial liability package policies issued to Trinity in an underlying action currently pending before this Court.

2.      Dally-Up answered MIC's complaint and filed a four-count counterclaim against MIC for waiver, estoppel, promissory estoppel (or, in the alternative, negligent misrepresentation), and bad faith claims handling. (*See* ECF No. 14). The Woodwards, together, also filed an answer and identical counterclaim. (*See* ECF No. 12).

3.      After MIC filed a motion to dismiss Defendants' initial counterclaims and Defendants filed an opposition brief, Defendants filed amended counterclaims (*see* ECF Nos. 24, 25), causing the Court to enter an order denying MIC's original motion to dismiss as moot. (ECF No. 26).

4.      MIC now moves this Court for an Order dismissing Defendants' amended counterclaims with prejudice pursuant to Fed.R.Civ.P. 12(b)(6) because the counterclaims fail to allege sufficient facts to support claims for waiver, estoppel, promissory estoppel (or in the alternative, negligent misrepresentation), or bad faith claim handling.

5.      In support of its motion, MIC contemporaneously files and refers the Court to its Memorandum in Support of its Motion to Dismiss Amended Counterclaims, as well as the counterclaims filed by Defendants and the record materials incorporated by the counterclaims.

WHEREFORE, Markel Insurance Company respectfully moves for the Court to grant this motion and enter an order:

A.    Dismissing the amended counterclaims of Dally-Up, LLC and Angela C. Woodward, Jerry D. Woodward, Kara Woodward, and Kyle Woodward (ECF Nos. 24 and 25) with prejudice;

B.    Awarding such other relief to which Markel Insurance Company may be entitled to as a matter of law or equity, or which the Court determines to be just and proper.


Dated: December 17, 2024                              Respectfully submitted,


                                                      /s/ *Jason R. Schulze*
                                                      Jason R. Schulze


Anna Reeves Olson, 6-3692
LONG REIMER WINEGAR LLP
242 South Park Street
Casper, WY 82601
Telephone: (307) 265-3843
aolson@lrw-law.com

-and-

Jason R. Schulze (*pro hac vice*)
Gar N. Lauerman (*pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin St.
Suite 2500
Chicago, IL 60606
Telephone: (312) 704-3000
Facsimile: (312) 704-3001
jschulze@hinshawlaw.com
glauerman@hinshawlaw.com

*Counsel for Markel Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 17, 2024, I electronically filed **Markel Insurance Company's Motion to Dismiss Amended Counterclaims** with the clerk of the court using the CM/ECF system which will send a notice of the electronic filing to all counsel of record.


/s/ *Gar N. Lauerman*