UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

```
FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 OCT 20  AM 10: 24

MARGARET BOTKINS. CLERK
        CASPER
```

| | |
|---|---|
| MARKEL INSURANCE COMPANY, | |
| Plaintiff / Counter-Defendant, | |
| v. | Case No. 24-CV-181-SWS |
| TRINITY TEEN SOLUTIONS, INC.; ANGELA C. WOODWARD; JERRY D. WOODWARD; KARA WOODWARD; KYLE WOODWARD; and DALLY-UP, LLC, | |
| Defendants / Counterclaimants. | |

### ORDER OF DISMISSAL

This matter comes before the Court on the parties' Joint Stipulation of Voluntary Dismissal (ECF 37). The parties have resolved their dispute and stipulate to the dismissal with prejudice of every claim and counterclaim asserted herein.

**IT IS THEREFORE ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims asserted in this action are hereby **DISMISSED WITH PREJUDICE**, and the Clerk of Court will please close this case.

DATED: October 20th, 2025.

Scott W. Skavdahl
United States District Judge